IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHRISTOPHER S. MINOR               )
                                   )
v.                                 ) NO. 3-12-1332
                                   ) JUDGE CAMPBELL
SARAH MELISSA FOSTER, et al.       )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 46), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant Hall's Motion to Dismiss (Docket No. 35) is GRANTED, and Plaintiff's claims against Defendant Hall are DISMISSED.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　TODD J. CAMPBELL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE