UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHRISTOPHER SHAW MINOR )
)
v. ) NO. 3:12-1332
) JUDGE CAMPBELL
SARAH MELISSA FOSTER, et al. )

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 64), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motions to Dismiss (Docket Nos. 52, 54, and 56) filed by Defendants Sarah Melissa Foster, Nona Logan, M.D., and Correct Care Solutions, LLC are DENIED.

IT IS SO ORDERED.

```
                                   _____
                                   TODD J. CAMPBELL
                                   UNITED STATES DISTRICT JUDGE
```